IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR E. HOLM,

    Plaintiff,

v.

Case No. 17-cv-72-bbc

STEVE HELGERSON, DALIA SULIENE,
DR. SPRINGS, KARL HOFFMAN,
SALAM SYED, TRISH ANDERSON,
KIM CAMBELL, JOANE LANE,
JEAN CARLSON, CHARLES FACKTOR
CHARLES COLE, L. ALSUM
O'DONOVAN, J. LABELLE AND
J. GHODE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |